1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9    SHEBUEL A. BEL,

            Petitioner,

10                                                    Case No. C10-5775BHS

11         v.
                                                      ORDER ADOPTING REPORT
12   PAT GLEBE,                                       AND RECOMMENDATION

            Respondent.
13

14         This matter comes before the Court on the Report and Recommendation ("R&R") of

15   the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 16) and Petitioner's

16   objections to the R&R (Dkt. 17).

17         On March 28, Judge Creatura issued the R&R recommending that the Court deny

18   Petitioner's request for an evidentiary hearing and deny the petition for writ of habeas

19   corpus.  Dkt. 16 at 6, 10.  On April 11, 2011, Petitioner filed objections.  Dkt. 17.

20   **A.    Counsel under *Anders***

21         Petitioner objects to Judge Creatura's interpretation of *Anders v. California*, 386 U.S.

22   738 (1967).  Dkt. 17 at 1-5.  Judge Creatura stated that the "state court only needed to re-

23   appoint counsel if it found an issue had merit."  Dkt. 16 at 8.  This statement, however, is a

24   correct interpretation of the law.  *See Anders*, 386 U.S. at 744.  After Petitioner's counsel

25   requested permission to withdraw, the state court was vested with the discretion of whether

26

27

28   ORDER – 1

1  to re-appoint counsel if it found a legal point of appeal was not frivolous.  *Id*.  Therefore,

2  Petitioner's objection is without merit.

3  **B.    Appointment of Counsel**

4        Petitioner argues that the state court should have appointed counsel to represent him

5  for his appeal.  Dkt. 17 at 7-9.  Judge Creatura found that "the state court found no merit to

6  any of the issues raised by petitioner; therefore, there was no need to appoint counsel."  Dkt.

7  16 at 8.  After a review of the record, the Court agrees with this finding.  Petitioner even

8  admits that the "central legal point" on appeal was the duration of the victim's

9  unconsciousness and not the fact that the victim was knocked unconscious.  Dkt. 17 at 7.

10  Therefore, Petitioner's objection is without merit.

11  **C.    Evidentiary Hearing**

12        Petitioner objects to Judge Creatura's conclusions that Petitioner was not entitled to

13  an evidentiary hearing to contest a finding of fact made by the trial judge and that Petitioner

14  is not entitled to an evidentiary hearing in this Court (Dkt. 16 at 9).  Dkt. 17 at 10-12.

15  Petitioner, however, fails to recognize that the findings of fact were entered by the state

16  court trial judge and that he is not entitled to a evidentiary hearing on facts at the appellate

17  level of review.  Moreover, Petitioner is only entitled to an evidentiary hearing in this Court

18  based on certain criteria that are outlined in the R&R.  *See* Dkt. 16 at 6.  Petitioner has failed

19  to show that he meets those criteria.  Therefore, Petitioner's objection is without merit.

20  **D.    Due Process**

21        Petitioner's last objection is a disagreement with Judge Creatura's finding that

22  Petitioner's due process ground for review is frivolous.  Dkt. 17 at 13-18.  Petitioner argues

23  that the assault could not have lasted as long as alleged and, therefore, Petitioner lacked

24  intent to commit the crime.  *Id*.  The Court agrees with Judge Creatura's finding that this

25  ground for review is frivolous.  Therefore, Petitioner's objection is without merit.

26        The Court having considered the R&R, Petitioner's objections, and the remaining

27  record, does hereby find and order as follows:

28  ORDER – 2

(1)     The R&R is **ADOPTED**; and

(2)     The petition for writ of habeas corpus is **DENIED**.

DATED this 24th day of May, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 3