# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHEBUEL A. BEL

v.

PAT GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5775BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The R&R is **ADOPTED**; and

    The petition for writ of habeas corpus is **DENIED**.

|  |  |
|---|---|
| May 26, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |