UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEBEUL BEL,

        Petitioner,

  v.

PAT GLEBE,

        Respondent.

CASE NO. C10-5775BHS

ORDER DENYING PETITIONER'S MOTION

This matter comes before the Court on Petitioner Shebeul Bel's ("Bel") motion for relief from judgment (Dkt. 22). The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

## I. PROCEDURAL HISTORY

On May 24, 2011, the Court dismissed Bel's petition for writ of habeas corpus. Dkt. 18. On June 2, 2011, Bel filed a notice of appeal. Dkt. 21. On June 8, 2011, the Court denied Bel a certificate of appealability. Dkt. 20.

On December 1, 2011, Bel filed a motion for relief from judgment. Dkt. 22. On December 7, 2011, the Government responded. Dkt. 23. On December 19, 2011, Bel replied. Dkt. 24.

On December 21, 2011, the Ninth Circuit Court of Appeals denied Bel's request for a certificate of appealability. Dkt. 25.

## II. DISCUSSION

On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for certain reasons. Fed. R. Civ. P. 60(b).

ORDER - 1

Petitioners seeking relief under Rule 60(b)(6) must show "extraordinary circumstances" justifying the re-opening of a final judgment. *Gonzalez v. Crosby*, 545 U.S. 524, 535 (2005) (citing *Ackerman v. United States*, 340 U.S. 193, 199 (1950)). The Supreme Court noted in *Crosby* that "[s]uch circumstances will rarely occur in the habeas context." *Id.*

In this case, Bel has failed to meet his burden. Bel argues that "the district judge did not give careful consideration to the transcript of the proceedings before the magistrate judge and the objections and to reach an Independent Judgment." Dkt. 22 at 1. Beyond this conclusory assertion, Bel fails to provide any other error or reason in support of his motion. Bel's conclusory allegation does not rise to the level of extraordinary circumstance or warrant relief from the Court's judgment.

### III.  ORDER

Therefore, it is hereby **ORDERED** that Bel's motion for relief from judgment (Dkt. 22) is **DENIED**.

DATED this 3rd day of January, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2