UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEBEUL BEL,

        Petitioner,

v.

PAT GLEBE,

        Respondent.

CASE NO. C10-5775BHS

ORDER DENYING PETITIONER'S MOTIONS

This matter comes before the Court on Petitioner Shebeul Bel's ("Bel") motion to amend (Dkt. 27) and motion for oral argument (Dkt. 29).

On May 24, 2011, the Court dismissed Bel's petition for writ of habeas corpus. Dkt. 18. On June 2, 2011, Bel filed a notice of appeal. Dkt. 21. On June 8, 2011, the Court denied Bel a certificate of appealability. Dkt. 20.

On December 1, 2011, Bel filed a motion for relief from judgment. Dkt. 22. On December 7, 2011, the Government responded. Dkt. 23. On December 19, 2011, Bel replied. Dkt. 24. On January 3, 2012, the Court denied Bel's motion. Dkt. 27. On January 5, 2012, Bel filed a motion to amend his motion. Dkt. 27. On January 9, 2012, Bel filed a motion for oral argument on his motion for relief from judgment. Dkt. 29.

The Court denies as moot Bel's motion to amend and the motion for oral argument because an order has been issued on the underlying motion for relief from judgment.

**IT IS SO ORDERED**.

DATED this 24th day of January, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER