UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHEBUEL AMLAK BEL,<br><br>                Petitioner,<br><br>   v.<br><br>PAT GLEBE,<br><br>                Respondent. | CASE NO. C10-5775 BHS<br><br>ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT |

This matter comes before the Court on Petitioner Shebuel Amlak Bel's ("Bel") motion for relief from judgment (Dkt. 40).

This is Bel's second motion for relief from judgment. *See* Dkt. 22. Notably, the motion was filed after the Ninth Circuit Court of Appeals denied Bel's motion for a certificate of appealability regarding his petition for writ of habeas corpus. *See* Dkt. 39.

The Court has reviewed the motion and the response (Dkt. 41). The motion is without merit and merely reiterates the ground for relief stated in Bel's original petition. Therefore, the motion is **DENIED**.

1     If Bel should appeal this motion, the Court also denies Bel a certificate of probable

2 cause. *See Lynch v. Blodgett,* 999 F.2d 401, 403 (9th Cir. 1993).

3     Finally, the Clerk is directed to enter a separate docket entry stating that: "No

4 additional motions will be accepted in this matter.  Documents filed by Bel will become

5 part of the record, but the Court will not act on any additional request for relief in this

6 matter."

7 **IT IS SO ORDERED.**

8 Dated this 25th day of July, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2